**Tomas Rafeal ARROYO, Jr.,**
**Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Virginia Department of Corrections,**
**Respondent–Appellee.**

No. 02–7191.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Tomas Rafeal Arroyo, Jr., Appellant Pro Se. Hazel Elizabeth Shaffer, Assistant At-

torney General, Richmond, Virginia, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

PER CURIAM.

Tomas Rafeal Arroyo, Jr., seeks to appeal the district court's order denying as untimely his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and dismiss for the reasons stated by the district court. *See Arroyo v. Angelone,* No. CA–01–534–3 (E.D.Va. July 12, 2002). We deny a certificate of appealability. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*